UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:04-CR-195-BO-1
NO. 5:12-CV-33-BO

WALTER RAY TAYLOR, JR,
Petitioner,

v.   ORDER

UNITED STATES OF AMERICA
Respondent.

THIS matter coming to be heard upon Motion of Petitioner Taylor, and this Court finding good cause for granting the relief requested;

THEREFORE it is **ORDERED** that the Petitioner's Proposed Sealed Sentencing Memorandum and Exhibits is hereby **ALLOWED** to be filed under seal until such time as ordered unsealed by this Court. The Clerk is authorized to serve a copy of these documents upon counsel for the Government and Defendant Taylor.

SO ORDERED.

This _16_ day of August, 2012.

Honorable Terrence W. Boyle
United States District Judge