# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8808
Fax: 919-861-5555

**DATE:** July 6, 2017

**FROM:** Scott Plaster
U.S. Probation Officer

**SUBJECT:** TAYLOR, JR., Walter Ray
Case No.: 5:04-CR-195-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On January 31, 2015, pursuant to a guilty plea to Conspiracy to Distribute and Possess With Intent to Distribute Cocaine Base (Crack), Walter Ray Taylor, Jr. appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 126 months imprisonment to be followed by 5 years supervised release.

The defendant was released from custody on August 5, 2013, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative. Additionally, he has paid all of the special assessment ($100) and court-ordered restitution ($2,400). He has been on low intensity supervision since July 2016. His term of supervised release is set to expire on August 4, 2018.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and has no objection to an early termination of supervision. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____          7-10-17
Terrence W. Boyle                                          Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.             Crim. No. 5:04-CR-195-1BO

WALTER RAY TAYLOR, JR.

On August 5, 2013, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8808<br>Executed On: July 6, 2017 |

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __10__ day of __July__, 2017.

Terrence W. Boyle  
U.S. District Judge